**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

v.                                                          CASE NO.  3:19cr29/MCR

MOHAMED ANTONIO MURILLO-CERRITOS

_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, and subject to this Court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11, the plea of guilty of the Defendant, MOHAMED ANTONIO MURILLO-CERRITOS, to Count I of the Indictment is hereby **ACCEPTED**.  All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 5th day of July 2019.


_s/ M. Casey Rodgers_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**